UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION-MDL-1928

THIS DOCUMENT RELATES TO:

JODI BOOTERBAUGH, INDIVIDUALLY AND
AS PERSONAL REPRESENTATIVE FOR THE
ESTATE OF WILLIAM BOOTERBAUGH
DECEASED, et al v. BAYER CORP et al,
Case No. 08-CV-80

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William F. Cash III, a member of good standing of the Florida State Bar and attorney at the law firm of Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A., located at 316 S. Baylen Street, Pensacola, FL 32502 enters his appearance as counsel for the plaintiff in the above captioned matter for deposition purposes only.

Respectfully submitted, this 3rd day of November, 2009.

By: _____
William F. Cash III
FL Bar No: 068443
Levin, Papantonio, Thomas,
Mitchell, Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
Telephone:   (850) 435-7059
Facsimile:   (850) 436-6162

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to the United States District court Southern District of Florida to be filed electronically this 3rd day of November, 2009. I further certify that a true copy of the foregoing has been furnished to counsel on the attached list via U.S Regular Mail and through the court's CM/ECF filing system.

By: _____
William F. Cash III
FL Bar No: 068443
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
Telephone:   (850) 435-7059
Facsimile:   (850) 436-6162

## SERVICE LIST

**Barbara Bolton Litten**
Squire Sanders & Dempsey LLP
777 S Flagler Drive
Suite 1900
West Palm Beach, FL 33401-6198
561-650-7200
Fax: 655-1509
Email: blitten@ssd.com

**Daniel G. Wyllie**
Dykema Gossett
400 Renaissance Center
35th Floor
Detroit, MI 48243
313-568-6595
Fax: 313-568-6658
Email: dwyllie@dykema.com